# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-30398    US Conf of Catholic Bishops v. EEOC
               USDC No. 2:24-CV-691

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Roeshawn Johnson, Deputy Clerk
          504-310-7998

Mr. Daniel Howard Blomberg
Ms. Andrea Butler
Mr. James Conde
Mr. Benjamin Fleshman
Mr. Daniel J. McCoy
Ms. Urja Mittal
Ms. Rachel N. Morrison
Mr. Michael Joseph O'Brien
Ms. Lea E. Patterson
Mr. Jacob S. Siler
Ms. Laura Elizabeth Wolk Slavis
Mr. Jack Starcher
Mr. Jordan Varberg