# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2025
Lyle W. Cayce
Clerk

No. 25-30398

---

United States Conference of Catholic Bishops; Society of Roman Catholic Diocese of Lake Charles; Society of the Roman Catholic Church of the Diocese of Lafayette; Catholic University of America,

*Plaintiffs -Appellants*,

*versus*

Equal Employment Opportunity Commission; Andrea R. Lucas,

*Defendants - Appellees.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CV-691

---

UNPUBLISHED ORDER

Before Jones, Richman, and Ramirez, *Circuit Judges*.[*]

Per Curiam:

    IT IS ORDERED that the motion for an injunction pending appeal is granted only as a limited administrative stay pertaining only to footnote 1

---

[*] Judge Ramirez would deny the administrative stay

of the district court's Order dated May 21, 2025, and the motion for injunction is forwarded to an oral argument panel at the next available calendar.