

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / 𝕏 @becketfund
www.becketfund.org

August 20, 2025

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**Re:** *US Conf. of Catholic Bishops v. EEOC*, No. 25-30398

Dear Mr. Cayce,

Appellants' FRAP 8 motion for injunction pending appeal remains pending before this Court. In compliance with FRAP 8(a)(1)(C), Appellants first filed the FRAP 8 motion in the district court and sought expedited resolution. *See* W.D. La. ECF 125. After the district court instead *sua sponte* more than doubled the standard briefing schedule, *see* 5th Cir. ECF 11-1 at 12, Appellants filed their FRAP 8 motion with this Court seeking prompt relief for their statutory and First Amendment rights. On August 8, 2025, this Court entered a "limited administrative stay" applying to a footnote in the district court's Rule 54(b) final judgment and forwarded the motion to the next available oral argument panel. 5th Cir. ECF 48-1 at 1-2.

Appellants write to notify the Court that, on August 18, 2025, the district court entered an order staying further briefing and adjudication on the Appellants' district-court FRAP 8 motion. *See* W.D. La. ECF 132. The court stated "that any action by [the district court] with respect to the pending Motion [for injunction pending appeal] is inextricably intertwined with matters pending before the Fifth Circuit," thus "divest[ing] the district court of jurisdiction over [those] aspects of the case on appeal." W.D. La. ECF 132 at 4 (quoting *In re Fort Worth Chamber of Com.*, 100 F.4th 528, 536 (5th Cir. 2024)).

Appellants' motion for injunction pending appeal is thus fully ripe for decision in this Court.

Respectfully submitted,

*/s/ Daniel H. Blomberg*

James R. Conde
Boyden Gray PLLC
800 Connecticut Ave. NW
   Suite 900
Washington, DC 20006
(202) 955-0620

Daniel H. Blomberg
Laura Wolk Slavis
Andrea R. Butler
Jordan T. Varberg
Benjamin A. Fleshman
The Becket Fund for Religious
   Liberty
1919 Pennsylvania Ave. NW



1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006

Suite 400
Washington, DC 20006
(202) 955-0095
dblomberg@becketfund.org

*Counsel for Plaintiffs-Appellants*