UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL | CIVIL DOCKET No. 2:24-CV-00691 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## ORDER

Before the Court is the Motion for Preliminary Injunction Pending Appeal per Fed. R. App. P. 8 filed by all Plaintiffs [Doc. 125]. The Motion has been fully briefed by the parties.[1] After discussion with counsel on the record regarding the parties' respective positions, the Motion is GRANTED as follows:

Defendants are enjoined from interpreting or enforcing the Pregnant Workers Fairness Act (42 U.S.C. § 2000gg *et seq.*), the Final Rule (29 C.F.R. § 1636.1 *et seq.*), or its implementing regulations or guidance (*see, e.g., Implementation of Pregnant Workers Fairness Act*, 89 Fed. Reg. 29,096 (Apr. 19, 2024)) against the Bishops in a way that would require them to make accommodations for abortions, contraception, sterilization, artificial reproductive technologies, or surrogacy in violation of their sincerely held religious beliefs.

IT IS FURTHER ORDERED that Defendants are enjoined from initiating investigations against the Bishops (including pursuant to a commissioner charge, 42

---

[1]     Defendant, Equal Employment Opportunity Commission ("EEOC"), responded to the Motion [Doc. 131], and the EECO filed a reply brief [Doc. 138].

U.S.C. § 2000e-5(b)), regarding allegations that the Bishops have failed to make accommodations for abortions, contraception, sterilization, artificial reproductive technologies, or surrogacy as required by the laws, regulations, or guidance in Paragraph 1.

Nothing in this order restricts the EEOC's ability to accept a charge, provide notice to the employer that a charge has been filed, or issue a notice of right to sue to the charging party.

IT IS FURTHER ORDERED that this Order shall remain in effect during the pendency of the appeal in *United States Conference of Catholic Bishops, et al. v. Equal Opportunity Commission, et al.*, No. 25-30398 (5th Cir.) and this Court's consideration of the remaining claims, whichever is longer.

IT IS FURTHER ORDERED that the administrative stay in the Court's August 27, 2025 Order [Doc. 137] is hereby VACATED.

THUS, DONE AND SIGNED in Chambers on this 3rd day of September 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE