# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 23, 2025

Mr. Daniel Howard Blomberg  
Becket Fund for Religious Liberty  
1919 Pennsylvania Avenue, N.W.  
Suite 400  
Washington, DC 20006

Ms. Urja Mittal  
U.S. Department of Justice  
Civil Division  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Mr. Jacob S. Siler  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L. Street, N.W.  
Washington, DC 20005

     No. 25-30398    US Conf of Catholic Bishops v. EEOC  
                         USDC No. 2:24-CV-691

Dear Counsel,

    The parties are directed to confer and respond by letter, no later than January 7, 2026, as to what briefing schedule the parties recommend in light of the district court's ruling on remand.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Charles B. Whitney, Deputy Clerk  
                                        504-310-7679

cc:  
    Ms. Andrea Butler  
    Mr. James Conde  
    Mr. Benjamin Fleshman

Ms. Rachel N. Morrison  
Mr. Michael Joseph O'Brien  
Ms. Lea E. Patterson  
Ms. Laura Elizabeth Wolk Slavis  
Mr. Jack Starcher  
Mr. Jordan Varberg