

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530

Tel: (202) 353-4895

January 7, 2026

VIA CM/ECF

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130


RE: *U.S. Conference of Catholic Bishops v. Equal Employment Opportunity Commission*, No. 25-30398 (5th Cir.)

Dear Mr. Cayce:

  I am writing in response to the Court's December 23, 2025 letter directing the parties to recommend a briefing schedule in light of the district court's ruling on remand. We have conferred with counsel for plaintiffs, and it is our understanding that the parties have different positions about the appropriate next steps in this appeal. In the government's view, this Court should wait to set a briefing schedule until the district court rules on the remaining claims, because the district court's resolution of those claims may affect the scope of this appeal.

  Plaintiffs filed this appeal from the district court's ruling granting in part plaintiffs' motion for partial summary judgment. That ruling addressed some of plaintiffs' challenges to the agency's rule. Plaintiffs then filed a motion for an injunction pending appeal in the district court and in this Court. This Court urged the district court to resolve the motion for injunction pending appeal expeditiously, which the district court did.

  Following the district court's ruling on remand, the parties resumed briefing plaintiffs' motion for partial summary judgment as to plaintiffs' remaining claims. Briefing was completed on December 16, 2025. The district court has not yet ruled on the motion. Because the district court's resolution of plaintiffs' remaining claims may

affect the scope of the appeal, this Court should wait until the district court rules on those claims before setting a briefing schedule in this case.

Should the Court proceed with setting a briefing schedule, the government requests that the Court allot at least equal time for plaintiffs and the government to file their principal briefs, with no fewer than 30 days for the government's brief following the filing of plaintiffs' brief.

Sincerely,

*s/ Urja Mittal*
Urja Mittal

cc: Counsel of Record (via CM/ECF)