

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530

Tel: (202) 353-4895

April 2, 2026

VIA CM/ECF

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE:      *U.S. Conference of Catholic Bishops v. Equal Employment Opportunity Commission*,
         No. 25-30398 (5th Cir.)

Dear Mr. Cayce:

I am writing in response to the Court's January 13, 2026 letter directing the parties to inform the Clerk of Court whether the district court has ruled on the pending motion for summary judgment by April 1, 2026. The district court has not yet ruled on the motion.

As explained in the government's January 7, 2026 letter, the district court's resolution of the pending claims may affect the scope of the appeal. Therefore, the government respectfully requests that this Court wait until the district court rules on those claims before deciding how to proceed in this appeal.

Sincerely,

 *s/ Urja Mittal*
Urja Mittal

cc:      Counsel of Record (via CM/ECF)