

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / 𝕏 @*becketfund*
www.becketfund.org

April 2, 2026

**VIA CM/ECF**

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

> **Re:** **Response to Request for Update on District Court Status**
> ***U.S. Conf. of Catholic Bishops v. EEOC,*** **No. 25-30398**

Dear Mr. Cayce:

Pursuant to the Court's Order of January 13, 2026, *see* Dkt. 72, Appellants (the "Bishops") respectfully submit this letter confirming that, as of April 1, the district court has not ruled on distinct claims below that are currently pending on a renewed motion for summary judgment. *See U.S. Conf. of Catholic Bishops v. EEOC*, No. 2:24-cv-691 (W.D. La. Aug. 22, 2025), Dkt. 133.

As explained in the Bishops' January 7 letter detailing the substantive issues and procedural history of the case, *see* Dkt. 68 at 1-2, the Bishops believe it is appropriate to issue a briefing schedule at this juncture. It has been two years since EEOC broadly mandated abortion accommodations, 18 months since the Bishops originally sought summary judgment, and almost one year since the district court issued the judgment on appeal here. Resolution of the claims below will not resolve the claims in this appeal. And EEOC's request for indeterminate and unnecessary delay in resolving this appeal would leave the Bishops under a cloud of uncertainty and potential accruing liability, taxing the Bishops' First Amendment rights.

The Bishops thus respectfully request the Court commence a standard briefing schedule. *See, e.g.*, Fed. R. App. P. 31(a).

Respectfully submitted,

*/s/ Daniel H. Blomberg*

| | |
|---|---|
| JAMES R. CONDE | DANIEL H. BLOMBERG |
| BOYDEN GRAY PLLC | LAURA WOLK SLAVIS |
| 800 Connecticut Ave. NW | ANDREA R. BUTLER |
|    Suite 900 | JORDAN T. VARBERG |
| Washington, DC 20006 | BENJAMIN A. FLESHMAN |
| (202) 955-0620 | THE BECKET FUND FOR |
| |    RELIGIOUS LIBERTY |


1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
(202) 955-0095
dblomberg@becketfund.org

*Counsel for Plaintiffs-Appellants*