**APPEAL NO. 25-30398**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

---

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES; SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE; CATHOLIC UNIVERSITY OF AMERICA,

*Plaintiffs-Appellants*,

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; ANDREA R. LUCAS

*Defendants-Appellees*.

---

On Appeal from the United States District Court for the
Western District of Louisiana (Lake Charles)
No. 2:24-cv-691, Hon. David C. Joseph

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* SUMMIT MINISTRIES, COLSON CENTER FOR CHRISTIAN WORLDVIEW, THE COUNCIL FOR CHRISTIAN COLLEGES AND UNIVERSITIES, AND AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS IN SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL**

---

Ian Speir
Covenant Law PLLC
13395 Voyager Pkwy. #130-732
Colorado Springs, CO 80921
(719) 464-7357
ian@covtlaw.com
*Counsel for Amici Curiae*

Proposed *amici curiae* Summit Ministries, Colson Center for Christian Worldview, The Council for Christian Colleges and Universities, and American Association of Christian Schools (collectively, "Amici") respectfully move pursuant to Federal Rule of Appellate Procedure 29(a)(3) and 5th Cir. R. 29 for leave to file the accompanying brief in support of Plaintiffs-Appellants and reversal.

## I.    Interest of Amici Curiae

*Amici* are evangelical Christian organizations that educate children, young people, and adults based on a Christian worldview. Summit Ministries equips rising generations to embrace biblical truth and champion a Christian worldview, hosting annual conferences for over 1,700 students, providing curriculum to more than 60,000 students annually, and reaching an audience of millions. The Colson Center for Christian Worldview, founded by the late Charles W. Colson, builds and resources a national and global movement of Christians committed to cultural restoration and defending a Christian worldview. The Council for Christian Colleges & Universities is a higher education association of more than 170 Christian institutions worldwide, including more than 130 in the U.S. and Canada, whose member institutions employ more than 96,000 faculty and staff and enroll approximately 525,000 students annually. The American Association of Christian Schools, founded in 1972, is the nation's oldest evangelical Christian school

association, representing more than 125,000 students in more than 750 schools nationwide.

Like Plaintiffs-Appellants (the "Bishops"), *amici* maintain faith-based personnel policies requiring employees to affirm and abide by religious standards of belief and conduct—including standards bearing on the sanctity of human life from conception. These policies are integral to *amici*'s mission and message. *Amici* are therefore uniquely positioned to address the real-world consequences of the EEOC's abortion-accommodation mandate for religious organizations in this Circuit and throughout the country.

## II.     Why an Amicus Brief Is Desirable and Why the Matters Asserted Are Relevant to the Disposition of the Case

An *amicus* brief is desirable here for two reasons. First, *amici* offer a distinctive perspective on the central issues in this appeal. The EEOC's abortion-accommodation mandate does not merely affect the Bishops. It threatens a broad set of religious organizations—ministries, schools, colleges, and nonprofits—that maintain faith-based personnel policies as a matter of religious conviction and constitutional right. *Amici*'s firsthand experience operating such organizations illustrates why the First Amendment and the Pregnant Workers Fairness Act's ("PWFA") religious exemption must be interpreted to protect these policies.

Second, the accompanying brief develops legal and factual arguments that complement, but do not duplicate, the Bishops' brief. Specifically, *amici* explain (1)

2

that faith-based personnel policies of the type affected by the EEOC's mandate are widespread among religious organizations throughout the country; (2) that shared faith commitments are not incidental but essential to successful ministry; (3) that both the First Amendment and Title VII's religious exemption, incorporated into the PWFA, protect the right of religious organizations to build communities of the faithful free from government interference; and (4) that federal mandates that fail to respect religious employment standards will foster personnel divisions, cripple religious missions, and devastate ministry.

These matters go to the heart of the issues in this appeal. The Court's resolution of this case will determine whether the government may compel religious organizations to set aside their sincere religious convictions about the sanctity of human life. That question is of profound importance not only to the Bishops, but to thousands of religious employers across this Circuit and the nation. *Amici's* brief ensures the Court has the benefit of a full picture of those consequences before ruling.

For these reasons, *amici* respectfully request leave to file the accompanying brief.

Respectfully submitted,

*/s/ Ian Speir*

Ian Speir
Covenant Law PLLC
13395 Voyager Pkwy. #130-732
Colorado Springs, CO 80921
(719) 464-7357
ian@covtlaw.com

*Counsel for* Amici Curiae

4

## Certificate of Service

I certify that on May 26, 2026 the foregoing motion was served on counsel for all parties by means of the Court's CM/ECF system.

/s/*Ian Speir*
Ian Speir