# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2026

Mr. Ian Seth Speir
Covenant Law, P.L.L.C.
13395 Voyager Parkway
Suite 130-732
Colorado Springs, CO 80921

    No. 25-30398    US Conf of Catholic Bishops v. EEOC
                  USDC No. 2:24-CV-691

Dear Mr. Speir,

We received your motion for leave to file amicus brief. A motion is not required, when consent is given by all parties. We are taking no action on this motion. Your brief has been filed, nothing further is needed from counsel.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Roeshawn Johnson, Deputy Clerk
    504-310-7998

cc:  Mr. Daniel Howard Blomberg
     Ms. Andrea Butler
     Ms. Kimberlee Wood Colby
     Mr. James Conde
     Mr. Benjamin Fleshman
     Ms. Beth Ellen Klusmann
     Ms. Urja Mittal
     Ms. Rachel N. Morrison
     Mr. Michael Joseph O'Brien
     Ms. Lea E. Patterson
     Mr. Jacob S. Siler
     Ms. Laura Elizabeth Wolk Slavis
     Mr. Jack Starcher
     Mr. Jordan Varberg
     Mr. Frederick R. Yarger