# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2026

Mr. Daniel Howard Blomberg
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Kimberlee Wood Colby
Christian Legal Society
Center for Law & Religious Freedom
9212 Santayana Drive
Fairfax, VA 22031

Ms. Beth Ellen Klusmann
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Thomas McCarthy
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Ms. Rachel N. Morrison
Ethics & Public Policy Center
1730 M Street, N.W.
Suite 910
Washington, DC 20036-4548

Ms. Lea E. Patterson
Butterfield & Patterson, P.L.L.C.
P.O. Box 941681
Plano, TX 75094

        No. 25-30398    U S Conf of Catholic Bishops v. EEOC
                        USDC No. 2:24-CV-691

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Ms. Andrea Butler
    Mr. James Conde
    Mr. Benjamin Fleshman
    Ms. Urja Mittal
    Mr. Michael Joseph O'Brien
    Mr. Charles Wylie Scarborough
    Mr. Jacob S. Siler
    Ms. Laura Elizabeth Wolk Slavis
    Mr. Ian Seth Speir
    Mr. Jack Starcher
    Mr. Lowell V. Sturgill Jr.
    Mr. Jordan Varberg
    Mr. Frederick R. Yarger