# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2026

Mr. Daniel Howard Blomberg
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Ms. Urja Mittal
Mr. Lowell V. Sturgill Jr.
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

No. 25-30398 U S Conf of Catholic Bishops v. EEOC
USDC No. 2:24-CV-691

Dear Counsel,

Your appeal has been placed in abeyance this date pending an en banc decision in 24-10386 *Texas v. Blanche*. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Ms. Andrea Butler
Ms. Kimberlee Wood Colby
Mr. James Conde
Mr. Benjamin Fleshman
Ms. Beth Ellen Klusmann
Mr. Thomas McCarthy
Mr. Daniel J. McCoy
Ms. Rachel N. Morrison
Mr. Michael Joseph O'Brien
Ms. Lea E. Patterson

Mr. Charles Wylie Scarborough
Mr. Jacob S. Siler
Ms. Laura Elizabeth Wolk Slavis
Mr. Ian Seth Speir
Mr. Jack Starcher
Mr. Jordan Varberg
Mr. Frederick R. Yarger